# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:26-cr-0114-SVW |
| v. | |
| Edward Alvarenga | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _____*Defendant*_____, IT IS ORDERED that a detention hearing is set for _____*March 18*_____, *2026*, at _*9:30*_ ☑a.m. / ☐p.m. before the Honorable _____*Eick*_____, in Courtroom _*750*_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _*3/12/26*_

_____
U.S. District Judge/Magistrate Judge